**FILED** JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  WILLIE   WEAVER
        (Last)         (First)    E ...ng    (Initial)

Prisoner Number  J-91389

Institutional Address  PELICAN BAY STATE PRISON
P.O. BOX 7000  CRESCENT CITY, CA 95531

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(Enter the full name of plaintiff in this action.)

vs.                                          CV 08 No. 2879
                                        (To be provided by the Clerk of Court)

SECOND WATCH WARDEN,
ASSIST WARDEN, CAPTAIN,      **COMPLAINT UNDER THE**
LIEUTENANT, SERGEANT,        **CIVIL RIGHTS ACT,**
CORRECTIONAL OFFICERS, ALL   **Title 42 U.S.C § 1983**
(Enter the full name of the defendant(s) in this action)  INMATES IN
(A) SECTION THIS   JW
SUPPOSE TO BE THE  (PR)
QUIET SECTION

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  P.S.U

B.  Is there a grievance procedure in this institution?

YES (✓)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

YES (✓)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✗)

F. If you did not present your claim for review through the grievance procedure, explain why. __STILL BEING PROCESSED__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

__WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

__SECOND WATCH WARDEN, ASSIST WARDEN__

COMPLAINT                                    - 2 -

1  CAPTAIN, LIEUTENANT, SERGEANT,
2  CORRECTIONAL OFFICER, ALL INMATES
3  IN SECTION (A) ON 05/24/08

4  

5  III.   Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 ON 05/24/08 SECOND WATCH
11 10:30 A.M. DEFENDANT(S) ALL INMATES
12 IN SECTION (A) HOLLOWING OUT
13 WHY DON'T YOU GET THE FUCK OUT
14 OF HERE PLAINTIFF IN 210!! THEY
15 THE DEFENDANT(S) ALL INMATES IN
16 (A) SECTION CONTINUE TO HARRASS
17 PLAINTIFF THIS IS CONSPRIRACY,
18 HERE ARE WITTNESSES THAT HAVE IN G
19 THE SAME PROBLEMS, WILLOCK, CARLOS
20 GUTS, MONTELLO, JOHN RABE D-58062
21 DEFENDANT(S) SHOWED DELIBERATE
22 IN DIFERENCE UNDER THE EIGHT AMENDMEN
   THAT CONSTITUE CRUEL UNUSUAL
23 IV.   Relief.   PUNISHMENT.
24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 * LIABILITY DAMAGES: 50,000 FIFTY
27 THOUSAND DOLLARS DUE TO: HARRASSMENT,
28 CONSPIRACY, U.S. CONSTITUTION VIOLATION
   * PUNITIVE DAMAGES: 50,000 FIFTY
   THOUSAND DOLLARS DUE TO: MENTAL
   COMPLAINT ANGUISH, -3- STRESS DISORDER,

1
2
3
4

I declare under penalty of perjury that the foregoing is true and correct.

5
6
7   Signed this ___05___ day of _____24_____, 20_08_
8
9                                    ___Willie Weaver___
                                          (Plaintiff's signature)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                              - 4 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
 95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



CONFIDENTIAL
LEGAL MAIL

9410283661 0004

OFFICE OF THE
UNITED STATE
COURT NORTHER
DISTRICT OF CA
450 GOLDEN G
AVENUE